**HYDE & SWIGART, APC**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*
Jeremy Crooks

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMY CROOKS,**<br><br>Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendant. | **Case No.:** 3:19-cv-00518-JLS-MDD<br><br><br>**NOTICE OF SETTLEMENT**<br><br><br>**HON. JANIS L. SAMMARTINO** |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that this action has settled. Plaintiff respectfully request that this Honorable Court vacate all pending hearing dates and allow the parties thirty (30) days within which to file dispositional papers. The parties anticipate that they will complete the settlement and a Request for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: May 29, 2019                    Respectfully submitted,

**HYDE & SWIGART, APC**

By: */s/ Yana A. Hart*
Yana A. Hart, Esq.
ATTORNEYS FOR PLAINTIFF